IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

| | |
|---|---|
| Date: July 15, 2015 | Probation/Pretrial: |
| Secretarial Assistant: Shirley W. Dills | Interpreter: |
| FTR | |

Violation Nos.: F4105325/26, F4439261/26 & F4439262/26

UNITED STATES OF AMERICA,

        Plaintiff,

[ ] James Candelaria, AUSA
[ ] Todd Norvell, AUSA
[x] Dondi Osborne, AUSA

v.

1. BENJAMIN N. YOHO,    Counsel: Katharine Whitnes

        Defendant.

## COURTROOM MINUTES - ARRAIGNMENT

Court in Session:   10:13 a.m.

Court calls case and appearances entered.

Defendant present.

Defense counsel would like to continue matter for 3 to 4 weeks in order to speak with the Defendant more.

Court inquires as to status of discovery.

Government advises has furnished discovery this morning to defense counsel.

Discussion with defense counsel and Defendant as to possible Court date conflicts.

1

**ORDERED:**
- Matter set for trial to Court on August 28, 2015 at 8:00 a.m.
- Motions due July 31, 2015.
- Responses due August 7, 2015.
- Hearing on any motions set for August 13, 2015 at 2:30 p.m.
- Arraignment re-scheduled for July 28, 2015 at 3:00 p.m.
- Bond continued.

Hearing Concluded
**Court in Recess: 10:26 a.m.**
Time: 13 Minutes