# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **AMENDED JUDGMENT IN A CRIMINAL CASE**<br>(For a Petty Offense)<br>(For Offenses Committed On or After November 1, 1987)<br>*(Changes Identified with Asterisks (*))* |
| v. | CASE NUMBER: 15-po-00126-DLW-01 |
| BENJAMIN N. YOHO | Katharine Whitney<br>(Defendant's Attorney) |

**Date of Original Judgment:** September 15, 2015

**Reason for Amendment:** Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e)).
Modification of Restitution Order (18 U.S.C. § 3664)

**THE DEFENDANT:** Was found guilty on counts 1, 2 and 3 of the Amended Information after a plea of not guilty. after a plea of not guilty.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 16 U.S.C. § 551 and 36 C.F.R 261.10(b) | Reconstruct, Improve, Maintain, Occupy or Use a Residence on National Forest System Lands without Special-USe Authorization or | 10/01/2014 through 04/29/2015 | 1 |

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

December 14, 2015
Date of Imposition of Judgment

_____
Signature of Judicial Officer

David L. West, U.S. Magistrate Judge
Name & Title of Judicial Officer

1/14/16
Date

DEFENDANT: BENJAMIN N. YOHO
CASE NUMBER: 15-po-00126-DLW-01                                                  Judgment-Page 2 of 7

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 16 U.S.C. § 551 and 36 C.F.R. 261.11(b) | Possess/LEave Refuse, Debris or Litter in Exposed or Unsanitary Condition on National Forest System Lands | 10/01/2014 through 04/29/2015 | 2 |
| 16 U.S.C. § 551 and 36 C.F.R 261.10(a) | Construct, Maintain Structure, Enclosure, Improvement on National Forest System Lands without Special-Use Authorization, Contract or Approved Operating Plan | 01/2014 through 04/29/2015 | 3 |

DEFENDANT: BENJAMIN N. YOHO
CASE NUMBER: 15-po-00126-DLW-01                                     Judgment-Page 3 of 7

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of six (6) months.

The court recommends to the Bureau of Prisons provide the defendant with access to mental health counseling while confined in the Bureau of Prisons.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal

DEFENDANT: BENJAMIN N. YOHO  
CASE NUMBER: 15-po-00126-DLW-01                                   Judgment-Page 4 of 7

## SUPERVISED PROBATION

Upon release from imprisonment, the defendant shall be on supervised probation for a term of one (1) year.

The defendant shall report to the probation office in the district to which he is released within 72 hours of his release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime and shall not illegally possess a controlled substance.

The defendant shall refrain from any unlawful use of a controlled substance and shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

The defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Monetary Obligations sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the following page.

## STANDARD CONDITIONS OF SUPERVISION

1) The defendant shall not leave the judicial district without the permission of the court or probation officer.
2) The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4) The defendant shall support his dependents and meet other family responsibilities.
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.
6) The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician.
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.
9) The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

DEFENDANT: BENJAMIN N. YOHO
CASE NUMBER: 15-po-00126-DLW-01

Judgment-Page 5 of 7

10) The defendant shall permit a probation officer to visit him at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.
14) The defendant shall provide the probation officer with access to any requested financial information.

## ADDITIONAL CONDITIONS OF SUPERVISION

1) *The defendant shall reside in a community corrections center for a period of up to 180 days, to commence immediately upon release from BOP custody, and shall observe the rules of that facility.
2) The defendant shall abstain from any use of alcohol or other intoxicants during the term of his supervised release.
3) The defendant shall participate in a program of mental health treatment, as directed by the probation officer, until he is released from the program by the probation officer.
4) The defendant shall not enter onto any public lands, including Bureau of Land Management, National Park, or U.S. Forest Service Lands for a period of one (1) year.

DEFENDANT: BENJAMIN N. YOHO
CASE NUMBER: 15-po-00126-DLW-01                               Judgment-Page 6 of 7

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $10.00 | $0.00 | $0.00 |
| 2 | $10.00 | $0.00 | *$1,329.46 |
| 3 | $10.00 | $0.00 | $0.00 |
| **TOTALS** | $30.00 | $0.00 | *$1,329.46 |

The defendant shall make restitution to the following payees in the amounts listed below. If the defendant makes a partial payment, each payee shall receive an approximately proportional payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | * Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| *Town of Telluride<br>Greg Clifton, City Manager<br>PO Box 397<br>Telluride, CO 81435 | *$1,329.46 | *$1,329.46 | 100 |
| **TOTALS** | *$1,329.46 | *$1,329.46 | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT: BENJAMIN N. YOHO
CASE NUMBER: 15-po-00126-DLW-01

Judgment-Page 7 of 7

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

The defendant shall pay restitution in monthly installments as determined by the probation officer.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order: (1) special assessment, (2) restitution principal, (3) restitution interest.