**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal Action No. 15-PO-00126-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

vs.

**1.  BENJAMIN N. YOHO,**

**Defendant.**

## ORDER FOR RELEASE FROM CUSTODY

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Defendant was arrested on a Warrant on Petition on Violation of Probation.  After the hearing  before the Magistrate Judge on April 12, 2016, the Government withdrew the Petition, therefore:

**IT IS HEREBY ORDERED** that the Defendant be immediately released from custody of the U. S. Marshal's Service.

**DATED:   April 12, 2016.**

                              **BY THE COURT:**

                              **s/David L. West**
                              **United States Magistrate Judge**