IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge James M. Candelaria

Criminal Case No. 15-PO-00126-DW

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1. BENJAMIN YOHO

Defendant.

---

## ORDER GRANTING DOC 71

**ORDER ENTERED BY MAGISTRATE JUDGE JAMES M. CANDELARIA**

Motion To Quash Warrant And Close Case In The Interests Of Justice [Doc 71] is GRANTED. Arrest Warrant in this matter is quashed and the case closed.

DATED: October 26, 2021

BY THE COURT:

*/s/ James M. Candelaria*
James M. Candelaria
United States Magistrate Judge

1